AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 22-948M(NJ) | Date and time warrant executed: 08/12/2022  8:05 am | Copy of warrant and inventory left with: USPS Priority 9505 5100 4757 2220 7342 35 |
|---|---|---|

Inventory made in the presence of:
Mario Lantigua and Joel Tomas

Inventory of the property taken and name(s) of any person(s) seized:
Search and seizure warrant 22-948M(NJ): clothes and souvenirs.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/18/2022

*Mario Lantigua*
*Executing officer's signature*

Mario Lantigua Postal Inspector
*Printed name and title*